**MMM CHAPTER 13 PLAN (Individual Adjustment of Debts)**

XX _____ (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: <u>UBALERICO SANCHEZ</u>　　　　　　　　　CASE NO.: 16-*18563*

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of <u>60</u> months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    <u>$1,508.85</u> for months 1 to 15; and
    B.    <u>$1,840.43</u> for months 16 to 60 in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fee - <u>$3,650.00</u> TOTAL PAID <u>$1,150.00</u>
                  Base Fee $3,500 00 plus $150.00 costs
                  Balance Due  <u>$2,500.00</u> payable <u>$166.68</u>/mo. (Mos. 1 to 15)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Seterus　　　　　　　　　　　　　　　　　　　Arrearage $21,011.47
POB 2008　　　　　　　　　　　　　　　　　　Arrears Payment $125.00/mo. (Moa. 1 to 15)
Grand Rapids, MI 49501-2008　　　　　　　　　Arrears Payment $425.26/mo. (Mos. 16 to 60)
#8103　　　　　　　　　　　　　　　　　　　　Regular Payment $1,080.00/mo. (Mos. 1 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507] - NONE

Internal Revenue Service　　　　　　　　　　　Total Due $1,100.00
POB 7317　　　　　　　　　　　　　　　　　　Payment $24.45/mo. (Mos. 16 to 60)
Philadelphia, PA 19101
#0757

Unsecured Creditors: Pay <u>$143.41</u>/mo. (Months 16 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
UBALERICO SANCHEZ, Debtor
Dated: <u>6/15/16</u>

LF-31 (rev. 01/08/10)